## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REYNALDO ALQUEZA GONZALES,
ROLANDO ALQUEZA GONZALES, and
PATROCINIO PIO BAYOT GONZALES

*Plaintiffs*,

v.                                        Case No.: 3:18-cv-00724-BJD-JRK

UNITED STATES OF AMERICA, et al.,

*Defendants*.
_____/

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS
### FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS

COME NOW, the Plaintiffs, Reynaldo Alqueza Gonzales, Rolando Alqueza Gonzales and Patrocinio Pio Bayot Gonzales, by and through the undersigned counsel, hereby file this Notice of Withdrawal of Plaintiffs' Motions for Clerk's Entry of Default Against Defendants (Docs. 7-12). In support of this Notice, the Plaintiffs state the following:

1. The Plaintiffs filed the Complaint (Doc. 1) on June 6, 2018.

2. Pursuant to 22 C.R.F. 172(a), the Defendants were served civil process at the Executive Office, Office of the Legal Adviser, in Washington D.C. on June 20, 2018.

3. On August 29, 2018, the Plaintiffs filed individual Motions/Requests for Clerk's Entry of Default against the Defendants because no responsive pleadings were filed on the Defendants' behalf within 60 days of service. *See*. Docs. 7-12.

4. The undersigned counsel received an email from the U.S. Attorney's Office in the Middle

District of Florida on August 30, 2018 regarding the pending Motion for Entry of Clerk's Default Against Defendant United States of America (Doc. 7).

5. The Assistant U.S. Attorney's email stated that service of process for Defendant United States was incomplete because the U.S. Attorney's Office in the Middle District of Florida was not delivered a copy of the Complaint and Summons. *See*. Fed. R. Civ. P. 4(i)(1)(A)(i).

6. The undersigned counsel requested and received a Summons for Defendant United States of America c/o United States Attorney's Office in the Middle District of Florida (Doc. 13) on August 30, 2018 and personally delivered a copy of the Complaint and Summons to the U.S. Attorney's Office in the Middle District of Florida.

7. Additionally, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii) and 4(i)(1)(B), the undersigned counsel sent a copy of the Complaint and the Summons for every Defendant by certified mail to the United States Attorney's Office in the Middle District of Florida and the Attorney General of the United States in Washington D.C. on August 31, 2018.

8. The Plaintiffs will re-file the Motions for Entry of Default Against Defendants should no responsive pleading be filed within the 60 days.

    Respectfully Submitted,

    **/s/ JAMES GALLOWAY**
    James Galloway, Esq.
    Florida Bar No.: 0109461
    Galloway Law Firm of Ponte Vedra Beach, PPLC
    822 A1A N., Ste. 310
    Ponte Vedra Beach, Florida 32802
    Direct: 904-708-7353
    Office: 904-473-4890
    Facsimile: 904-473-4701
    Email: jamesaustingalloway@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Plaintiffs' Motions for Clerk's Entry of Default Against Defendants was e-filed and mailed to The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th Street NW, Washington DC 20522, the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington D.C. 20530, and the United States of America c/o United States Attorney's Office, Middle District of Florida, 300 N. Hogan St., Suite 700, Jacksonville, Florida 32202.

**/s/ JAMES GALLOWAY**
James Galloway, Esq.
Florida Bar No.: 0109461
Galloway Law Firm of Ponte Vedra Beach, PPLC
822 A1A N., Ste. 310
Ponte Vedra Beach, Florida 32802
Direct: 904-708-7353
Office: 904-473-4890
Facsimile: 904-473-4701
Email: jamesaustingalloway@gmail.com